1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT C. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

Attorneys for Respondents
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HECTOR GRAMAJO LOPEZ, | ) | Case No. 1:22-CV-00531-SAB (HC) |
| Petitioner, | ) ) | **STIPULATION AND NOTICE OF SETTLEMENT OF ATTORNEYS' FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT AND ORDER** |
| v. | ) ) ) | |
| MERRICK GARLAND, et al., | ) ) | |
| Respondents. | ) ) | |

STIPULATION AND NOTICE OF SETTLEMENT

1

Petitioner and Respondents, hereby stipulate and notify the Court pursuant to Local Rule 160 that the parties have reached a compromise settlement in the amount of $9,285.52 to resolve Petitioner's claims for attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412.  A copy of the settlement agreement is attached hereto as Exhibit A.  The parties therefore stipulate to an award of $9,285.52 under EAJA, which shall fully dispose any and all claims and issues that Petitioner may raise against Respondents under EAJA with prejudice.

Respectfully submitted,

Dated:  February 13, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated:  February 13, 2023

/s/ MACKENZIE W. MACKINS
MACKENZIE W. MACKINS
Counsel for Plaintiff

### ORDER

IT IS HEREBY ORDERED that the stipulation for attorneys' fees and costs is APPROVED and attorneys' fees and costs are AWARDED in the amount of $9,285.52 WITH PREJUDICE.

IT IS SO ORDERED.

Dated:  **February 16, 2023**

UNITED STATES MAGISTRATE JUDGE